# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2024 ND 59

Jaime Urrabazo,                                         Petitioner and Appellant

    v.

State of North Dakota,                                  Respondent and Appellee

### No. 20230317

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Reid A. Brady, Judge.

AFFIRMED.

Per Curiam.

Kiara C. Kraus-Parr, Grand Forks, ND, for petitioner and appellant.

Derek K. Steiner, Assistant State's Attorney, Fargo, ND, for respondent and appellee.

## Urrabazo v. State
## No. 20230317

**Per Curiam.**

[¶1] Jaime Urrabazo appeals from a district court order denying his application for postconviction relief. Urrabazo argues counsel was ineffective and in turn, his plea was not voluntary or intelligently made because counsel failed to explain the offense he was pleading guilty to could be used to enhance future criminal penalties. Following a hearing, the court found that Urrabazo failed to establish his attorney's conduct fell below an objective standard of reasonableness and, in addition, he did not show the results of the case would have been different absent the alleged error. We conclude the court's findings are not clearly erroneous. We affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr